**Order entered December 27, 2019**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01520-CV

**JOHNNY WIMBREY, WIMBREY GLOBAL INC., WIMBREY TRAINING SYSTEM, WIMBREY WORLDWIDE MINISTRIES, ROYAL SUCCESS CLUB LLC, AND ROYAL LIFE, Appellants**

**V.**

**WORLDVENTURES MARKETING, LLC, Appellee**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-06212-2019**

## ORDER

Before the Court is appellants' December 20, 2019 unopposed first motion to extend time for filing their brief. We **GRANT** the motion and **ORDER** appellants' brief due on or before February 3, 2020.

/s/     KEN MOLBERG
        JUSTICE